■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES H. PETERSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Niagara County Court, DiFlorio, J.—attempted burglary, second degree.) Present—Doerr, J. P., Denman, Green, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID REDRICK, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Dillon, J.—robbery, second degree; criminal trespass, second degree.) Present—Doerr, J. P., Denman, Green, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM A. BOWER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Cayuga County Court, Corning, J.—criminal possession of marihuana, first degree.) Present—Doerr, J. P., Denman, Green, Pine and Lawton, JJ.